# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SONI | 9035002 | J. ANDERSON | 812 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 06/18/2019 1244
Offense Charged: ☐ CFR ☑ USC ☐ State Code
18 USC 113(E)

Place of Offense: 4646 JOHR ST DETROIT MI 48201 JOHN D DINGELL VAMC

Offense Description: Factual Basis for Charge — HAZMAT ☐
Simple Assault

---

**DEFENDANT INFORMATION** | Phone: ~~576-2483~~ Jm

| Last Name | First Name | M.I. |
|---|---|---|
| LIGHTEN | DEREK | T |

Street Address: 31811 TUSCOLA CT.

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| WESTLAND | MI | 48186 | 09/06/1983 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| L235139789694 | | MI | 386929505 |

☑ Adult  ☐ Juvenile | Sex ☑ Male ☐ Female | Hair: BLK | Eyes: BRWN | Height: 506 | Weight: 220

**VEHICLE** | VIN: | CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

CVB SCAN 07/23/2019 11:42

**APPEARANCE IS REQUIRED** | **APPEARANCE IS OPTIONAL**

A ☑ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9035002*